**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                         Case No. 09-cr-135-PB

<u>Eric St. Laurent</u>

### **O R D E R**

Defendant Eric St. Laurent, through counsel, has moved to continue the trial scheduled for October 6, 2009, citing the need for additional time to finalize discovery and prepare for trial or negotiate a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to December 1, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The September 28, 2009 final pretrial conference is continued to November 19, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 11, 2009

cc: Andrew Winters, Esq.
 Jennifer Davis, Esq.
 United States Probation
 United States Marshal