```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 09-cr-135-PB

**Eric St. Laurent**


**O R D E R**

Defendant Eric St. Laurent, through counsel, has moved to continue the trial scheduled for December 1, 2009, citing a scheduling conflict with the trial date.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to February 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The November 19, 2009 final pretrial conference is continued to January 26, 2010 at 3:30 p.m.

No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

October 14, 2009

cc:   Andrew Winters, Esq.
       Jennifer Davis, Esq.
       United States Probation
       United States Marshal